UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

MICHAEL DARNELL OLIVER   #207467   )
    Plaintiff,                                             )
vs.                                                                 ) CASE NO. 2:17-cv-01294-CLS-JHE
                                                                    )
WARDEN LEON BOLLING, et al.,            )
    Defendants.                                       )

## AFFIDAVIT

STATE OF ALABAMA
JEFFERSON COUNTY

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Roderick Gadson, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Roderick Gadson. I am presently employed as Correctional Officer with ADOC Investigation Department. I am over twenty-one (21) years of age.

On August 22, 2016, I, Correctional Officer Roderick Gadson, responded to a code red in the Infirmary. I entered the Infirmary and inmate Michael Oliver B/M 207467 was handcuffed and restrained. I returned to my assigned post.

_____
Roderick Gadson, Correctional Officer

SWORN TO AND SUBSCRIBED before me this 26th day of February, 2020.

_____
NOTARY PUBLIC

10-31-20
MY COMMISSION EXPIRES